

# KRALOVEC, JAMBOIS & SCHWARTZ

John B. Kralovec
Steven K. Jambois
Allen N. Schwartz
Craig P. Mannarino
Michael S. Shinsky
Laurie A. Niego
Amanda L. Brasfield
Timothy J. Ashe
Jeffrey C. Schwartz
Paul D. Richter
Kristina K. Green
Jacqueline Brody Kanter

Hon. William D. Maddux (Ret.)
*Of Counsel*

Attorneys at Law

Goodman Theatre Building
60 W. Randolph Street, 4th Floor
Chicago, Illinois 60601
(312) 782-2525 • Fax (312) 855-0068
www.kjs-law.com

Eva E. Golabek
Erin R. Doyle
Jennifer K. Scifo
Kristin N. Barnette
Caitlin K. Finnegan
David A. Brody
Christopher S. Livas
Joseph M. Conboy
Olivia N. Schwartz
Kelly M. Barrett
Benjamin L. Carter
Colin T. Henry
Jeffrey Li
Micah T. Reeves

May 29, 2019
*VIA ECF*

The Honorable Paul A. Engelmayer
United States Courthouse
40 Foley Square
Courtroom 1305
New York, NY 10007

    Re:    Peter Yi and Amy Yi v. Uber Technologies, Inc. et al.
            US District Court, SDNY; 1:18-cv-10709

Dear Judge Engelmayer:

    As you know, this office represents the Plaintiffs, Peter Yi and Amy Yi, in the above-referenced matter. The initial pretrial conference in this matter was held on March 12, 2019. At that time, the parties informed the Court that there was a disputed issue regarding a liquidation proceeding involving Park Insurance, a company which insures two defendants in this matter, Eugene Davis and Metro Livery, LLC. The Court initially requested the parties to submit a joint letter by April 9, 2019, regarding the parties' views on whether a temporary stay issued in the liquidation proceeding stayed proceedings in the instant case. The Court granted a previous adjournment on April 8, 2019, by agreement of the parties as settlement negotiations were ongoing.

    Plaintiffs engaged counsel from the New York law firm of Messner Reeves LLP and filed a motion in the Park Insurance Litigation (NY Supreme Court, NY County Index No. 452877/2017) attempting to lift the stay as it relates to Peter Yi's claims in the instant case. The judge presiding over the Park Insurance Litigation, Hon. Shlomo S. Hagler, entertained oral argument on the matter on May 17, 2019. Judge Hagler denied the motion but indicated that circumstances may exist wherein the stay would not apply to Plaintiffs' underlying case. The transcript of the May 17, 2019, hearing is not yet available, and has been ordered.

    The parties have engaged in fruitful mediation on three (3) separate occasions. The parties are still engaged in settlement negotiations currently and settlement remains a possibility. Additionally, the parties await receipt of the transcript of the May 17, 2019, hearing in the Park Insurance Litigation and would be best suited to apprise this Court of the effect of the stay once we have received the transcript.

 **KRALOVEC, JAMBOIS & SCHWARTZ**

     As such, the parties are in agreement in requesting an additional thirty (30) days to attempt to settle this matter, while also requesting the same thirty (30) days to submit the joint letter contemplated in this Court's March 12, 2019 order.

     We thank Your Honor for your time and attention in this matter. Please contact the undersigned should you have any questions or require additional information.

                          Very truly yours,

                          KRALOVEC, JAMBOIS & SCHWARTZ

                        */s/ Christopher Livas*
                        Christopher Livas

Cc: All Counsel of Record
     (Via CM/ECF)