

# KRALOVEC, JAMBOIS & SCHWARTZ

John B. Kralovec
Steven K. Jambois
Allen N. Schwartz
Craig P. Mannarino
Michael S. Shinsky
Laurie A. Niego
Amanda L. Brasfield
Timothy J. Ashe
Jeffrey C. Schwartz
Paul D. Richter
Kristina K. Green
Jacqueline Brody Kanter

Hon. William D. Maddux (Ret.)
*Of Counsel*

Attorneys at Law

Goodman Theatre Building
60 W. Randolph Street, 4th Floor
Chicago, Illinois 60601
(312) 782-2525 • Fax (312) 855-0068
www.kjs-law.com

Eva E. Golabek
Erin R. Doyle
Jennifer K. Scifo
Kristin N. Barnette
Caitlin K. Finnegan
David A. Brody
Christopher S. Livas
Joseph M. Conboy
Olivia N. Schwartz
Kelly M. Barrett
Benjamin L. Carter
Colin T. Henry
Jeffrey Li
Micah T. Reeves

July 10, 2019
*VIA ECF*

The Honorable Paul A. Engelmayer
United States Courthouse
40 Foley Square
Courtroom 1305
New York, NY 10007

   Re: Peter Yi and Amy Yi v. Uber Technologies Inc. and Rasier, LLC
     US District Court, SDNY; 1:18-cv-10709

Dear Judge Engelmayer:

  This office represents the Plaintiffs, Peter Yi and Amy Yi, in the above-referenced matter. The Court previously ordered the parties submit a joint letter to the Court explaining both sides' opinions on the applicability of a stay ordered in an insolvency proceeding in New York State Court involving the insurance companies of defendants Davis and Metro Livery. This Court has allowed the parties, by agreement, to continue the date of such joint letter due to numerous mediations and ongoing settlement discussions. Currently, the joint letter is due on July 12, 2019

  On June 13, 2019, Plaintiffs issued a final demand with a deadline of June 27, 2019. The primary insurance carrier involved in the case requested until July 2, 2019, to respond. A final offer was made on Tuesday, July 2, 2019, with a deadline of Monday, July 8, 2019. That Plaintiff's primary counsel is out of the country and requested an extension through Friday, July 19, 2019, to respond to defendant's final offer. The parties are in agreement in requesting an extension on the joint letter only until July 26, 2019, to allow the parties time to prepare the joint letter should the case not resolve.

  We thank Your Honor for your time and attention. Please contact the undersigned should you have any questions or concerns.

                Very truly yours,

                */s/ Christopher Livas*
                Christopher S. Livas

cc: All Counsel of Record
   (Via CM/ECF)